Robert J. Schnack, SBN 191987
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendant NEW WORLD ENVIRONMENTAL, INC. dba NEW WORLD TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH K. HAIRSTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEW WORLD ENVIRONMENTAL dba NEW WORLD TECHNOLOGY; and TETRA TECH-FOSTER WHEELER,<br><br>　　　　　Defendants. | Case No.: C 07 3882 BZ<br><br>**DEFENDANT'S DEMAND FOR JURY TRIAL** |

Defendant/counterclaimant New World Environmental, Inc. dba New World Technology hereby demands a jury trial for all claims and counterclaims for which a jury is permitted.

DATED: October 2, 2007                    BULLIVANT HOUSER BAILEY PC


                                          By _____
                                             Robert J. Schnack

                                          Attorneys for Defendant NEW WORLD
                                          ENVIRONMENTAL, INC. dba NEW WORLD
                                          TECHNOLOGY

4266893.1

– 1 –

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento, California 95814. I am over the age of 18 years and not a party to the within cause.

On October 2, 2007, following ordinary business practice, I served the foregoing document(s) described as:

**DEFENDANT'S DEMAND FOR JURY TRIAL**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| *Plaintiff In Pro Per*<br>Joseph Hairston<br>P.O. Box 494<br>Niagara Falls, NY  14302 | |
|---|---|

__XX__   **(BY MAIL)** I caused such envelope(s) **NOTED ABOVE** with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Sacramento, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____   **(BY PERSONAL SERVICE)** I caused such envelope(s) **NOTED ABOVE** to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

____   **(BY FEDERAL EXPRESS)** I caused such envelope(s) to be delivered in a sealed Federal Express package, delivery fees for which are billed to this firm's account, to a Federal Express office for next-morning delivery. I am readily familiar with the business practices of my employer for the collection and processing of correspondence for mailing with Federal Express delivery service.

____   **BY EMAIL – ESERVICE** I caused to be served upon each party via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

[X]   **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 2, 2007, at Sacramento, California.

*/s/ Kris E. McBride*
Kris E. McBride

2