Robert J. Schnack, SBN 191987
E-mail: bob.schnack@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendant New World
Environmental, Inc. dba New World
Technology

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH K. HAIRSTON,<br><br>            Plaintiff,<br><br>   vs.<br><br>NEW WORLD ENVIRONMENTAL dba<br>NEW WORLD TECHNOLOGY; and TETRA<br>TECH-FOSTER WHEELER,<br><br>          Defendants. | Case No.: C 07 3882 BZ<br><br>**DEFENDANT NEW WORLD ENVIRONMENTAL'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

      Pursuant to Civil L.R. 3-16, the undersigned certifies that (a) defendant New World

Environmental, Inc. dba New World Technology is a privately held corporation in which the

sole shareholders are Don Wadsworth, Tessie Voisan, and Mike Wilson, and (b) defendant New

World Environmental, Inc. dba New World Technology is not aware of any other persons,

associations, firms, partnerships, corporations, or other entities, other than the named parties and

those persons named in (a) hereinabove, who have a financial or other interest in the subject

///

///

///

– 1 –

1   matter in controversy or in a party that could substantially be affected by the outcome of this

2   proceeding.

3

4   DATED:  October 5, 2007

5                                                          BULLIVANT HOUSER BAILEY PC

6

7                                                          By  _____

                                                                Robert J. Schnack

8
                                                           Attorneys for Defendant New World
9                                                          Environmental, Inc. dba New World Technology

10  4267368.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento, California 95814. I am over the age of 18 years and not a party to the within cause.

On September 25, 2007, following ordinary business practice, I served the foregoing document(s) described as:

**DEFENDANT NEW WORLD ENVIRONMENTAL'S CERTIFICATION**
**OF INTERESTED ENTITIES OR PERSONS**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| **Plaintiff In Pro Per** | **Attorneys for Defendant Tetra Tech EC, Inc.** |
|---|---|
| Joseph Hairston | **(erroneously sued herein as Tetra Tech-Foster** |
| P.O. Box 494 | **Wheeler)** |
| Niagara Falls, NY 14302 | Stacey A. Zartler |
| | Fisher & Phillips, LLP |
| | One Embarcadero Center, Suite 2340 |
| | San Francisco, CA 94111 |
| | PH: (415) 490-9000 |
| | FAX: (415) 490-9001 |

XXX    **(BY MAIL)** I caused such envelope(s) **NOTED ABOVE** with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Sacramento, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

\_\_\_\_    **(BY PERSONAL SERVICE)** I caused such envelope(s) **NOTED ABOVE** to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

\_\_\_\_    **(BY FACSIMILE)** I personally transmitted the aforementioned document, via facsimile machine, to each of the above listed parties' FAX numbers between the hours of 9:00 a.m. and 5:00 p.m. on _____, and received verification thereafter of each complete transmission. A copy of that report, which was properly issued by the transmitting machine, is attached hereto.

[X]    **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 5, 2007, at Sacramento, California.

*Kris E. McBride*

Kris E. McBride