UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joseph K. Hairston,

        Plaintiff(s).                               No. C07-3882 BZ

   v.                                       NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

New World Environmental, et al.,

        Defendant(s).
_____/

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

       (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

       (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

       The Case Management Conference set for **November 26, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: October 10, 2007

                                                                    Richard W. Wieking, Clerk
                                                                    United States District Court

                                                                    *Lashanda Scott*
                                                                    _____
                                                                    By: Lashanda Scott - Deputy Clerk to
                                                                    Magistrate Judge Bernard Zimmerman

reassign.DCT