**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**October 11, 2007**

**CASE NUMBER:  CV 07-03882 BZ**
**CASE TITLE:  JOSEPH K. HAIRSTON-v-NEW WORLD ENVIRONMENTAL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/11/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer 10/11/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA