1  Timothy J. Murphy (State Bar No. 54200)
   Stacey A. Zartler (State Bar No. 160859)
2  Christina M. Kotowski (State Bar No. 197266)
   FISHER & PHILLIPS LLP
3  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111-3712
4  Telephone: (415) 490-9000
   Facsimile: (415) 490-9001
5  szartler@laborlawyers.com

6  Attorneys for Defendant
   Tetra Tech EC, Inc.
7  (erroneously sued as Tetra Tech-Foster Wheeler)

8

9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | JOSEPH K. HAIRSTON,              | Civil Action No. C07-03882 PJH
13 |          Plaintiff,              | **NOTICE OF NO OPPOSITION TO DEFENDANT TETRA TECH EC, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER**
14 |     vs.                          |
15 |                                  | Date:     December 5, 2007
   | NEW WORLD ENVIRONMENTAL, et al.  | Time:     9:00 a.m.
16 |                                  | Location: Courtroom 3, 17th Floor
   |          Defendant.              |
17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF NO OPPOSITION TO DEFENDANT TETRA TECH EC, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS                                    1
*Hairston v. New World Environmental, et al.; Case No. C07-03882 PJH*
SanFrancisco 103322.1

1      Defendant Tetra Tech EC, Inc. (erroneously sued as Tetra Tech-Foster Wheeler) ("Tetra Tech") moved for judgment on the pleadings against Plaintiff Joseph K. Hairston ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(c). As evidenced by the proof of service attached to the moving papers, Plaintiff was served with the moving papers by U.S. Mail at his address of record in Niagara Falls, New York on October 22, 2007. Plaintiff's opposition papers, if any, were due no later than November 14, 2007.

     As of November 19, 2007, counsel for Tetra Tech has received no opposition papers from Plaintiff. Tetra Tech therefore requests that the Court deem its motion unopposed and grant in favor of Tetra Tech and against Joseph K. Hairston for the reasons set forth in its moving papers.

DATED: November 19, 2007

FISHER & PHILLIPS LLP

By: *Christina M. Kotowski*
Christina M. Kotowski
Attorneys for Defendant Tetra Tech EC, Inc.

---

NOTICE OF NO OPPOSITION TO DEFENDANT TETRA TECH EC, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS     2
*Hairston v. New World Environmental, et al.; Case No. C07-03882 PJH*
SanFrancisco 103322.1

1  Timothy J. Murphy (State Bar No. 54200)
   Stacey A. Zartler (State Bar No. 160859)
2  Christina M. Kotowski (State Bar No. 197266)
   FISHER & PHILLIPS LLP
3  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111-3712
4  Telephone: (415) 490-9000
   Facsimile:  (415) 490-9001
5  szartler@laborlawyers.com

6  Attorneys for Defendant
   Tetra Tech EC, Inc.
7  (erroneously sued as Tetra Tech-Foster Wheeler)

8

9
                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | JOSEPH K. HAIRSTON,              | Civil Action No. C07-03882 PJH
13 |                  Plaintiff,       | [PROPOSED] ORDER GRANTING
                                       | DEFENDANT TETRA TECH EC, INC.'S
14 |       vs.                         | MOTION FOR JUDGMENT ON THE
                                       | PLEADINGS
15 |                                   |
   | NEW WORLD ENVIRONMENTAL, et al.   | Date:     December 5, 2007
16 |                                   | Time:     9:00 a.m.
   |                  Defendant.       | Location: Courtroom 3, 17th Floor
17

18

19         The motion of Defendant Tetra Tech EC, Inc. (erroneously sued as Tetra Tech-Foster

20  Wheeler) for judgment on the pleadings was duly noticed, served on all parties, and set for

21  hearing on December 5, 2007. No opposition having been filed by Plaintiff Joseph K.

22  Hairston, and good cause appearing, the Court GRANTS Defendant Tetra Tech EC, Inc.'s

23  Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) for the

24  reasons set forth in Tetra Tech's moving papers.

25         IT IS SO ORDERED:

26
    Dated:_____   _____
27                                           Hon. Phyllis J. Hamilton
                                             U.S. District Judge
28

[PROPOSED] ORDER GRANTING DEFENDANT TETRA TECH EC, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS                                              1
*Hairston v. New World Environmental, et al.; Case No. C07-03882 PJH*
SanFrancisco 103322.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712. On this date, I served the foregoing **NOTICE OF NO OPPOSITION TO DEFENDANT TETRA TECH EC, INC.' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER:**

_X_  (by mail) on all parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

___  (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

___  (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Joseph K. Hairston                           Plaintiff In Pro Per
P.O. Box 494
Niagara Falls, NY 14302

Robert J. Schnack                            Attorneys for New World Environmental,
Bullivant House Bailey PC                    Inc., dba New World Technology
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2007, at San Francisco, California.

_____
Judy Keenan

---
CERTIFICATE OF SERVICE                                                                    1
*Hairston v. New World Environmental, et al.; Case No. C07-03882 PJH*
SanFrancisco 103322.1