UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH K. HAIRSTON,

    Plaintiff(s),

v.

NEW WORLD ENVIRONMENTAL, et al.,

    Defendant(s).
_____/

No. C 07-3882 PJH

**ORDER GRANTING DEFENDANT TETRA TECH EC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

The motion of defendant Tetra Tech EC, Inc. (erroneously sued as Tetra-Tech-Foster Wheeler) for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) was duly served on all parties and noticed for hearing on December 5, 2007. Plaintiff's opposition was due to be filed pursuant to Civ. L.R. 7-3 no later than November 14, 2007. None was filed and defendant requested on November 19, 2007, that its motion be granted as unopposed. The court, finding the motion appropriate for decision without oral argument, hereby VACATES the December 5, 2007 hearing and GRANTS the unopposed motion on the grounds that: 1) plaintiff has failed to exhaust his administrative remedies as to this defendant and the time for doing so has passed, 2) plaintiff has failed to allege and defendant denies, that this defendant was his employer, and 3) plaintiff has failed to state a claim against this defendant.

**IT IS SO ORDERED.**

Dated: November 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge