**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

Date: December 6, 2007          JUDGE: Phyllis J. Hamilton

Case No: C-07-3882 PJH

Case Name: Joseph K. Hairston v. New World Environment, et al.

Attorney(s) for Plaintiff:     No appearance
Attorney(s) for Defendant:    Robert J. Schnak

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. The plaintiff does not appear. The court to issue an order to show cause. Order to Show Cause Hearing is set for 12/20/07 at 2:30 p.m.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** file