IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH K. HAIRSTON,

        Plaintiff,

  v.

NEW WORLD ENVIRONMENTAL, et al.,

        Defendant.

                         No.  C 07-3882 PJH

**ORDER TO SHOW CAUSE**

     Plaintiff in the above-entitled matter having failed to oppose defendant Tetra Tech's motion to dismiss, and having failed to appear at the case management conference on December 6, 2007, and remaining defendant New Environmental having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

     THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

     The hearing on the ORDER TO SHOW CAUSE will be held on December 20, 2007 at 2:30 p.m.  If plaintiff fails to appear and/or show cause for his current failure to appear, the case will be dismissed for failure to prosecute.

     **IT IS SO ORDERED.**

Dated: December 6, 2007

                                              PHYLLIS J. HAMILTON
                                              UNITED STATES DISTRICT JUDGE