**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** December 20, 2007    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3882 PJH

**Case Name:** Joseph K. Hairston v. New World Environment, et al.

**Attorney(s) for Plaintiff:**     No appearance
**Attorney(s) for Defendant:**     Robert J. Schnak

**Deputy Clerk**: Nichole Heuerman     **Court Reporter**: Not Reported

**PROCEEDINGS**

Hearing Re: Order to Show Cause-Held.  The plaintiff does not appear.  The court has not received any response from plaintiff.  The court to issue order dismissing case for failure to prosecute.

**Order to be prepared by:**  [] Pl [] Def  [x] Court

**Notes:**

**cc:** file