**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9    JOSEPH K. HAIRSTON,

10             Plaintiff,                          No. C 07-3882 PJH

11        v.                                       **ORDER OF DISMISSAL**

12   NEW WORLD ENVIRONMENTAL,
     et al.,
13
               Defendants.
14   _____/

15        On December 6, 2007, the court issued an order to show cause why plaintiff's claims

16   should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b), plaintiff having

17   failed to oppose defendant's motion to dismiss or appear at the case management

18   conference set for December 6.  A hearing on the order to show cause was set for

19   December 20, 2007.  Plaintiff again failed to attend.

20        When circumstances make such action appropriate, a district court may dismiss a

21   complaint for failure to prosecute, in order to achieve the orderly and expeditious

22   disposition of cases.  See Link v. Wabash R.R. Co., 370 U.S. 626, 630-32 (1962); Oliva v.

23   Sullivan, 958 F.2d 272, 273 (9th Cir. 1992).  Plaintiff's failure to litigate the instant case or

24   appear at the case management conference, and the further failure to appear at the

25   subsequent hearing on the order to show cause, constitute circumstances warranting the

26   court's dismissal of plaintiff's complaint pursuant to Rule 41(b).

27        Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro.

28

1  41(b) for plaintiff's failure to prosecute.

2

3  **IT IS SO ORDERED.**

4  Dated: December 20, 2007

5  _____
   PHYLLIS J. HAMILTON
6  United States District Judge

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28