UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH K. HAIRSTON,

    Plaintiff,

    v.

NEW WORLD ENVIRONMENTAL, et al.,

    Defendants.

_____/

No. C 07-3882 PJH

**ORDER OF DISMISSAL**

On December 6, 2007, the court issued an order to show cause why plaintiff's claims should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b), plaintiff having failed to oppose defendant's motion to dismiss or appear at the case management conference set for December 6. A hearing on the order to show cause was set for December 20, 2007. Plaintiff again failed to attend.

When circumstances make such action appropriate, a district court may dismiss a complaint for failure to prosecute, in order to achieve the orderly and expeditious disposition of cases. See Link v. Wabash R.R. Co., 370 U.S. 626, 630-32 (1962); Oliva v. Sullivan, 958 F.2d 272, 273 (9th Cir. 1992). Plaintiff's failure to litigate the instant case or appear at the case management conference, and the further failure to appear at the subsequent hearing on the order to show cause, constitute circumstances warranting the court's dismissal of plaintiff's complaint pursuant to Rule 41(b).

Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro.

41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 20, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge