UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH K. HAIRSTON,

    Plaintiff,                                    No. C 07-3882 PJH

    v.                                            **JUDGMENT**

NEW WORLD ENVIRONMENTAL, et a.,

    Defendants.
_____/

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

    IT IS SO ORDERED.

Dated: December 20, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge