

Joseph K. Hairston
2499 Woodlawn Avenue
Niagara Falls, NY 14301

CV07-03882 PJH